# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KERRY L. BROWN,**

    **Plaintiff,**

    -vs-                     No. 06-CV-436-DRH

**JAY MERCHANT,**

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came before the Court on a Report and Recommendation by United States Magistrate Judge Clifford J. Proud.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on March 3, 2009, the report is **ADOPTED** in its entirety and plaintiff's petition is DISMISSED WITH PREJUDICE due to lack of jurisdiction.

                                  **KEENAN G. CASADY, CLERK**

March 5, 2009                        BY: s/Robin Butler
                                                   Deputy Clerk

APPROVED: /s/ David R Herndon
              **CHIEF JUDGE**
              **U.S. DISTRICT COURT**